**Order entered September 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01613-CV

## MIKOB PROPERTIES, INC., ALLAN KLEIN, AND MITCHELL KOBERNICK, Appellants

### V.

## DAVID JOACHIM AND INTERNATIONAL REALTY CONCEPTS, INC., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01602**

## ORDER

We **GRANT** appellees' counsel's September 17, 2014 motion for withdrawal of counsel.

We **DIRECT** the Clerk to remove Friedman & Feiger, L.L.P. and Ryan K. Lurich as counsel of

record for appellees.

Because a corporate entity may only appear in this Court through an attorney, we

**ORDER** appellee International Realty Concepts, Inc. to notify the Court, within **THIRTY**

**DAYS** of the date of this order, of the name, State Bar number, mailing and e-mail addresses,

and telephone number of new counsel. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*,

937 S.W.2d 455, 456 (Tex. 1996) (per curiam).

We **DIRECT** the Clerk to send appellees a copy of this order and all future correspondence to:

David Joachim
International Realty Concepts, Inc.
7575 San Felipe Street, Suite 300
Houston, Texas 77063
(713) 972-1220.

/s/    CRAIG STODDART
JUSTICE